**FILED**

May 23, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )
                                       )        Case No. 2:12-mj-00125-GGH
            Plaintiff,                 )
                                       )
v.                                     )
                                       )        ORDER FOR RELEASE OF
DEREK WINTERS,                         )        PERSON IN CUSTODY
            Defendant.                 )
                                       )
                                       )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release DEREK WINTERS, Case No. 2:12-mj-00125-

GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

_____    Release on Personal Recognizance

__X__   Bail Posted in the Sum of: $100,000.00.

    __X__   Co-Signed Unsecured Appearance Bond

    _____   Secured Appearance Bond

    __X__   (Other) Conditions as stated on the record.

    ___(Other)

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   5/23/2012   at   3 /0 J/II.

By   _____
        Edmund F. Brennan
        United States Magistrate Judge